# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20568   9000 Airport v. Hegar
                   USDC No. 4:23-CV-3131

The court has GRANTED IN PART Appellant's unopposed motion for an extension of time to and including ONLY March 7, 2024, for filing the Appellant's brief in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mrs. Allison Marie Collins
Mr. Ari Cuenin
Mr. William Livingston
Mr. James Andrew Mackenzie
Mr. Benjamin Wallace Mendelson
Mr. J. Michael Murray
Mr. John Todd Ramsey
Mr. Casey T. Wallace